FILED

2022 MAY -4  PM 3:51

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 6:22-cr-76-CEM-EJK
26 U.S.C. § 7206(1)

REBECCA RAE CYPHERS

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(Filing a False Tax Return)

On or about March 8, 2016, in the Middle District of Florida, the defendant,

REBECCA RAE CYPHERS,

did willfully make and subscribe an Amended U.S. Individual Income Tax Return for 2013, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which said return she did not believe to be true and correct as to every material matter in that the tax return falsely reported:

| Ln. 1, Box C | Adjusted gross income | $967,871 |
|---|---|---|
| Ln. 11, Box C | Federal income tax withheld | $563,703 |
| Ln. 17 | Overpayment | $219,114 |

Whereas, as the defendant then and there well knew and believed, she did not earn the reported amount of income, did not have the reported tax withholdings, and had not made the reported overpayment.

In violation of 26 U.S.C. § 7206(1).

ROGER B. HANDBERG
United States Attorney

By: Chauncey A. Bratt
Assistant United States Attorney

By: Michael Felicetta
Assistant United States Attorney
Chief, Orlando Division

By: Isaiah Boyd, III
Trial Attorney
U.S. Dept. of Justice, Tax Division